UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Mikal A. Muhammad
Bankruptcy No. 14-19593
Adversary No.
Chapter        13

Date:   September 30, @016

To:        William C. Miller, Esq.

# NOTICE OF INACCURATE FILING

Re:  Notice of Motion

The above pleading was filed in this office on **September 29, 2016.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

( )     Debtor's name does not match case number listed
( )     Debtor's name and/or case number (is) are missing
( )     Wrong PDF document attached
( )     PDF document  not legible
( )     Notice of Motion/Objection
( )     Electronic Signature missing
**(x)**     Other: **Notice of Motion PDF showing Hearing Date of 1/1/70**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk


By: **Paul A. Puskar**
Deputy Clerk

CM-ECF 10 day notice.frm
4/30/04