**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-19593 MDC |
| | : | |
| | : | CHAPTER 13 |
| MIKAL A. MUHAMMAD | : | |
| DEBTOR | : | |

**EXHIBIT A**
**1st AMENDED MODIFIED PLAN**
**CHAPTER 13 PLAN**

      1.    The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of **$48,855.00 at the rate of $14,434.00 over the first 29 months and $1,110.36 per month over the balance of 31 months.**

      2.    From the payments so received, the trustee shall make disbursements as follows:

      (a)    Full payment in deferred cash payments of all claims entitled to priority under 11 U. S. C. §507 as follows:

      (b)    Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**1. RUSHMORE LOAN MGT. SVS.,clm#1, 1st mortgage arrearage, 6212 Trotter 19111, including attorney fees and cost totaling $16,656.00 over the plan period of 60 months. Payments shall be forwarded to the proof of claim address**

**2.   CITY OF PHILADELPHIA, WATER, clm#3, tax due $492.00 over the plan period of 60 months. Payments shall be forwarded to Proof of Claim address**

**3.  OCWEN LOAN SERVICING, clm#4, first mortgage arrearage, 2714 Latona St., including attorney fees and cost totaling $27,264.00 over the plan period of 60 months. Payments shall be forwarded to the proof of claim address.**

**DEBTOR SHALL PAY THE REMAINING SECURED CREDITORS OUTSIDE THE PLAN.**

      (c)    Subsequent to dividends to secured creditors, **PRO-RATA DIVIDENDS TO UNSECURED CREDITORS WHOSE CLAIMS ARE DULY ALLOWED**

      3.    The following executory contracts of the debtor are rejected : None.
Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 U. S. C.§350.

Dated:  5/6/2017                              /S/ MIKAL MUHAMMED
                                                        Debtor