United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-19593-mdc
Mikal A. Muhammad                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP            Page 1 of 2           Date Rcvd: May 12, 2017
                              Form ID: pdf900        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
```
db           +Mikal A. Muhammad,   6212 Trotter Street,   Philadelphia, PA 19111-5812
13435617     +BSI Financial Services Inc.,   314 S. Franklin Street,   Titusville, PA 16354-2168
13531068      Deutsche Bank National Trust Company,   c/o Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,   P.O. BOX 24605,   West Palm Beach, FL 33416-4605
13435619     +Jacqueline Muhammad,   6212 Trotter Street,   Philadelphia, PA 19111-5812
13511833     +Jefferson University Hospitals,   c/o State Collection Service, Inc.,   2509 S. Stoughton Rd.,
               Madison, WI 53716-3314
13435620     +LITTON LOAN SERVICING,   PO Box 4387,   Houston, TX 77210-4387
13435621     +NISSAN MOTOR ACCEPT CORP.,   PO BOX 660360,   Dallas, TX 75266-0360
13500666     +US Bank, National Association, et. al.,   Rushmore Loan Management Services,   P.O. Box 55004,
               Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov May 13 2017 01:03:45     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2017 01:02:43
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 13 2017 01:03:37     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13435616     +E-mail/Text: g20956@att.com May 13 2017 01:04:18     AT&T WIRELESS,   15901 E SKELLY DRIVE,
               Tulsa, OK 74116-2809
13521144      E-mail/Text: bankruptcy@phila.gov May 13 2017 01:03:45     City of Philadelphia,
               Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13435618     +E-mail/Text: bankruptcy_notifications@ccsusa.com May 13 2017 01:04:29
               CREDIT COLLECTION SERVICE,   PO BOX 9134,   Needham Heights, MA 02494-9134
13435622      E-mail/Text: james.feighan@phila.gov May 13 2017 01:04:29     WATER REVENUE BUREAU,
               1401 JFK BLVD.,   PHILADELPHIA, PA 19102-1663
                                                                                             TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    US Bank, National Association, not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2012-5T agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRUCE J. TRAWICK    on behalf of Debtor Mikal A. Muhammad brucejitzi@gmail.com,    srowe@dc33lsp.org
              DAVID  NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
               dneeren@udren.com,    vbarber@udren.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US Bank, National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2012-5T
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              NICOLE B. LABLETTA    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               nlabletta@udren.com,    vbarber@udren.com
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: May 12, 2017
                              Form ID: pdf900          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    US Bank, National Association, not in its individual
         capacity, but solely as Trustee for the RMAC Trust, Series 2012-5T tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
         Et Al... pa.bkecf@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                     TOTAL: 11

Case 14-19593-mdc    Doc 98    Filed 05/14/17    Entered 05/15/17 01:04:28    Desc Imaged
Certificate of Notice    Page 2 of 4

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MIKAL A. MUHAMMAD                              Chapter 13

                    Debtor          Bankruptcy No. 14-19593-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _11th_ day of _May_____, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRUCE J TRAWICK, ESQ
3001 WALNUT ST
10TH FLOOR
PHILADELPHIA, PA 19104-


Debtor:
MIKAL A. MUHAMMAD

6212 TROTTER STREET

PHILADELPHIA, PA 19111